CYCLONE USA, INC., a Nevada corporation, Plaintiff–counter–defendant–Appellee,

LL & C Dealer Services, LLC, Defendant–counter–claimant–Appellee,

v.

SEI KIM, dba Korean Industrial Design Company, Erroneously Sued as Korean Industrial Design Corporation, Defendant–counter–claimant–3rd–party–plaintiff–Appellant,

and

Jay Kim, Third-party-defendant.

No. 10–55735.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2011.*

Filed Dec. 15, 2011.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R.App. P. 34(a)(2).

Allan E. Anderson, Esquire, Sean P. Flynn, Esquire, Timothy Lynn Skelton, Ropers, Majeski, Kohn & Bentley, Los Angeles, CA, Darin R. Dominguez, Esquire, Law Offices of Daren Dominguez, Cerritos, CA, Charles M. Marmelstein, Esquire, Arent Fox Kintner Plotkin & Kahn, Washington, DC, Mark A. Shadrack, Esquire, Shadrack & Chapman, LLC, Laguna Niguel, CA, for Plaintiff–counter–defendant–Appellee.

Jane E. Carey, Esquire, Schaffer Lax McNaughton & Chen, Newport Beach, CA, Howard David Gest, Burhenn & Gest LLP, Los Angeles, CA, Larry D. Langley, Esquire, Langley Law Firm, PC, Scottsdale, AZ, Jerry B. Marshak, Esquire, Van Dorn & Marshak Law Offices, Burbank, CA, for Defendant–counter–claimant–Appellee.

Anthony J. Dain, Esquire, Trial, Frederick Keith Taylor, Senior Counsel, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, for Defendant–counter–claimant–3rd–party–plaintiff–Appellant.

Darin R. Dominguez, Esquire, Mark A. Shadrack, Esquire, for Third-party-defendant.

Before: NOONAN, GOULD, and IKUTA, Circuit Judges.

MEMORANDUM **

Sei Kim appeals the district court's award of $500 for a single transaction of false patent marking by Cyclone USA under 35 U.S.C § 292. On September 16, 2011, Congress amended 35 U.S.C. § 292 and made the amendments retroactive on pending cases. Leahy–Smith America Invents Act, Pub.L. No. 112–29, § 16(b)(4), 125 Stat. 329 (2011). The penalty under the amended § 292(a) is no longer available to a private party such as Sei Kim. Instead, § 292(b) now grants Sei Kim the right to recover damages to compensate for competitive injury due to the false patent marking. We **VACATE** and **REMAND** for a calculation of Cyclone USA's liabilities under the amended statute.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.